**Order entered March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01296-CV

### TERRELL E. BITTEN, Appellant

### V.

### STATE FARM INSURANCE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08190**

## ORDER

Before the Court is appellant's March 14, 2019 "Motion to File for Discovery." We

**DENY** the motion.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE